IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:19-CV-341-FL

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PAR VENTURES, INC. d/b/a MCDONALD'S, | ) ) |
| Defendant. | ) ) ) |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL THIRD PARTY'S RESPONSE TO SUBPOENA

THIS MATTER comes before the Court on Defendant Par Ventures, Inc.'s d/b/a McDonald's ("Defendant") Unopposed Motion to Compel Third Party's Response to Subpoena. Defendant moved the Court for an order compelling non-party Fayetteville Police Department ("FPD") to respond to Defendant's subpoena which seeks the production of certain surveillance footage related to the claims and defenses in this case.

Finding the information sought in the subpoena to be relevant to the claims and defenses in this case, and further finding Defendant's motion to be unopposed and that FPD does not object on grounds of undue burden and expense or on grounds of privilege, it is therefore ORDERED that FPD shall have ten (10) days to comply with the subpoena and produce the information sought therein.

IT IS SO ORDERED.

This __9th__ day of April, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge

1